# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2010CR4791W

THE STATE OF TEXAS

VS

BRANDON MASTER

IN THE 227TH DISTRICT COURT
OF
BEXAR COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/25/2015 10:16:01 AM
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 02-24-2015_____

3. The Honorable KEVIN O'CONNELL_____ presided at the trial_____.

4. The above named defendant was convicted_____ of the offense(s) of INTOXICATION ASSAULT

   as a (XXXXXXXX)(XXXXXXX).

5. State's appeal attorney: NICHOLAS LAHOOD_____ 300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas,78205 (210)335-2413   SBN: 24030360_____

6. Trial_____ Attorney(s): ANGELA LUTHI BLAKE_____

   (Retained)(XXXXXXXX)Appeals attorney: ANGELA LUTHI BLAKE
   Address & Phone No: 214 DWYER AVE #303 / (210)738-9393_____ SBN:24026998

   Defendant Pro-Se__Yes X No
7. The trial held was:__Trial before the Court        ___Jury trial on guilt only
   ___Jury trial on punishment only        ___Jury trial guilt and punishment
   X Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contendere
   ___Motion to enter adjudication of guilt   ___Motion to revoke community supervision
   ___Other_____

8. The sentence was (imposed ) on:02-06-2015 for a period of:yrs:010 mths:00
   and a fine of $        1,500.00

9. Defendant is presently in:X_ BCADC ___ TDCJID. Defendant is on ** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: LISA RAMOS 335-2304_____

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
    & cause number) 2010CR4792W_____

WITNESS MY HAND THIS THE 24th DAY OF February_____, 2015

COURT REPORTER(S): LISA RAMOS NOTIFIED_____ Date: FEB 2 4 2015

Date:_____

KEITH E. HOTTLE, CLERK

BY:_____ Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY:_____

MARTINEZ, GLORIA A        DEPUTY

(jsdca)



No. 2010 CR 4791-W

| The State of Texas | § | In the 227 District Court |
| vs. | § | of |
| Brandon Master | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐     is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐     is a plea-bargain case, but the defendant has filed a notice of appeal that specifies the appeal is for a jurisdictional defect; (Tex.Rules App. Pro. 25.2(a)(2)(A));

☐     is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (Tex.Rules App. Pro. 25.2 (a)(2)(B)); (or)

☐     is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (Tex. Rules App. Pro. 25.2(a)(2)(C)) (or)

☒     is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐     is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction (Tex. Code of Crim. Pro. 42.12§23); (or)

☐     is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal (Tex. Code of Crim. Pro. 42.12 §5(b));

☐     is a decision on the defendant's motion for forensic DNA testing, and the defendant has the right of appeal (Tex. Code of Crim. Pro. 64.05);

☒     is one in which the defendant has waived the right of appeal.

_____ (6/28/10)     **5-3-10**
**JUDGE**                                         **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address: _____
Telephone number: _____

Fax number if any: _____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: _____
Mailing address: _____

Telephone: _____
Fax: _____

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Cause NO. 2010CR479/W
2010CR4792W

THE STATE OF TEXAS

VS.

Brandon Master

IN THE DISTRICT COURT

227 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Brandon Master, Defendant in the above styled and numbered cause, on this the 18th day of February, 2015, and within thirty (30) days of sentencing having been imposed against Defendant on the 6th day of February, 2015, in said cause, and files this written notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

Brandon Master

_____
Attorney for Defendant

Defendant

'orm rev. 6/17/03

# Docketing Statement for a Criminal Appeal

*This docketing statement must be filed by all appellants with the Clerk of the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio TX 78205 upon perfecting appeal.* See TEX. R. APP. P. 32.2.

To be assigned by the Clerk of the Fourth Court of Appeals:

**Appeal No.** _____

**Case Style Below** _____

v. _____

_____

**Trial Court No.** _____ **Court No. & County** _____

_____

## APPELLANT(S)

Name of appellant(s)* _Brandon Master_ _____
Name of lead counsel ( if represented) _____
Law firm (if attorney) _____
Address _____
Phone ( ) _____ Fax ( ) _____ SBN _____
E-mail address: _____
Whether counsel is appointed or retained _____

## NOTICE OF APPEAL

Date filed in the trial court _____ Date mailed to the trial court clerk, if applicable _____

## TRIAL COURT

Trial: ☐ Jury ☐ Non-jury  Judge(s) who tried the case _____
Is this appeal from a pre-trial order? ☐ Yes ☐ No  If yes, identify order _____
Date judgment/appealable order signed _____ Judge who signed the judgment/appealable order _____
Date sentence imposed/suspended _____ Filing date of motion for new trial, arrest of judgment,
or other filing that affects the time for perfecting appeal _____
Convicted offense(s) _____ Date of offense _____
Defendant's plea: ☐ Guilty ☐ Not Guilty ☐ Nolo contendere. Terms of plea bargain: _____
Punishment assessed _____
Does this appeal involve the validity of a statute, ordinance, or rule? ☐ Yes ☐ No  If yes, identify _____

## REPORTER'S RECORD

Date requested: _____ Electronically recorded? ☐YES ☐NO
Length of trial or hearing in days: _____
Will there be an agreed record or an agreed statement of the case? ☐YES ☐NO
Court reporter's name: _____
   a.   ☐ OFFICIAL or ☐ SUBSTITUTE
   b.   Address and phone no.: _____
   c.   If substitute, name of official court reporter for trial court: _____

## AFFIDAVIT OF INDIGENCE

Date filed: _____ Date contest filed, if any: _____
                   ☐ SUSTAINED ☐ OVERRULED ☐ NO RULING
Date of order on contest, if any: _____

## CERTIFICATE OF SERVICE

As attorney of record (or appellant pro se), I hereby certify that a copy of this docket sheet has been served by first class mail or by fax, prior to filing, to all other parties to the judgment or order being appealed.

Date _____ **Attorney of Record (signature)** _____